O

# United States District Court
# Central District of California

| | |
|---|---|
| PERLA MONTALVO,<br><br>           Plaintiff,<br><br>    v.<br><br>CALIFORNIA LUTHERAN<br>UNIVERSITY,<br><br>           Defendant. | Case № 2:20-cv-07698-ODW (JCx)<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT [21]** |

///
///
///
///
///
///
///
///
///
///
///

On December 11, 2020, Defendant filed a motion to dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) in this case.  (ECF No. 21.)   On December 30, 2020, less than twenty-one days after Defendant filed its motion, Plaintiff filed a First Amended Complaint.  (ECF No. 23.)   Federal Rule of Civil Procedure 15(a)(1) allows plaintiffs to file an amended complaint once as a matter of course within twenty-one days of service of a Rule 12(b) motion.   Therefore, Plaintiff's amended complaint was proper.  As the pending motion to dismiss is based on a complaint that is no longer operative, the motion is **DENIED** as **MOOT**.  *See Ramirez v. Cnty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015).

**IT IS SO ORDERED.**

January 4, 2021

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**