UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

# CIVIL MINUTES – GENERAL

| No. | 2:20-cv-07698-ODW (JCx) | Date | August 2, 2021 |
|---|---|---|---|
| Title | *Perla Montalvo v. California Lutheran University* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge |
|---|---|

| Sheila English | Not reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**     **In Chambers**

Pursuant to the parties' Joint Response to Order to Show Cause (ECF No. 30) and Federal Rule of Civil Procedure 41(a)(1), **IT IS HEREBY ORDERED** that:

1. The entire action and all claims asserted therein, including the class allegations, are hereby **DISMISSED WITHOUT PREJUDICE**;

2. 

3. Defendant's Motion to Dismiss is **DENIED** as moot (ECF No. 25); and

4. All dates and deadlines in this action are **VACATED** and taken off calendar.

The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

    :   00

Initials of Preparer   SE